**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Knights Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., a Delaware Corporation, | Civil Action No. 13-cv-4976 (WHW) (CLW) |
| Plaintiff, | **CONSENT ORDER WITHDRAWING PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AND VACATING DEFAULT** |
| v. | |
| FIRST VALUE RC, LLC, a California Limited Liability Company; and RICK PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by LeClairRyan, attorneys for plaintiff, Knights Franchise Systems, Inc. ("KFS"), and by Frank Fusco, Esq., attorney for defendants, First Value RC, LLC and Rick Patel (collectively, "defendants"), and the respective parties herein having consented to (1) withdrawal of KFS' Motion to for Final Judgment by Default currently returnable before this court on April 7, 2014 and (2) vacating of Default entered against Defendants entered on October 14, 2013; and for good cause shown;

**IT IS** on this the _____9_____ day of _April_ 2014;

**ORDERED** that KFS' Motion for Final Judgment by Default is hereby withdrawn; and it is further

**ORDERED** that Default entered against Defendants is hereby vacated; and it is further

**ORDERED** that Defendants shall file an Answer or otherwise respond to the Complaint on or before April 11, 2014.

_____
HON. WILLIAM H. WALLS, U.S.D.J.

We hereby consent to the form and substance of this Order:

By: _____  By: *Frank C. Fusco, Esq.*_____
   Bryan P. Couch                Frank Fusco, Esq.
   Attorneys for Plaintiff,      Attorneys for Defendants,
   Knights Franchise Systems, Inc.   First Value RC, LLC and Rick Patel